## 59758. METRO MANAGEMENT COMPANY v. PARKER.

SHULMAN, Presiding Judge.

This court having entered on November 14, 1980, a judgment in the above-styled case, 156 Ga. App. 686 (275 SE2d 826), affirming the the judgment of the trial court; and the judgment of this court having been reversed on certiorari by the Supreme Court in *Metro Management Co. v. Parker,* 247 Ga. 625 (278 SE2d 643), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Quillian, C. J., Deen, P. J., McMurray, P. J., Banke, Birdsong, Carley, Sognier and Pope, JJ., concur.*

DECIDED JULY 8, 1981.

*J. Steven Cheatwood,* for appellant.
*James A. Gober,* for appellee.